

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

CRIMINAL NO. 18-344 (ADC)

SEALED,
Defendants.

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. The accompanying envelope contains pleadings that are self-explanatory, related to the above-captioned case.

2. The United States respectfully requests that the pleadings be accepted by the Court for filing and appropriate disposition and that they **remain under seal** until further order from this Court.

WHEREFORE, the United States respectfully prays the Court accept and file the above-mentioned pleadings, take appropriate action, and that an order be issued directing the pleadings to remain under seal until further order by the Court.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 18th day of May, 2018.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney

_____
José A. Contreras
Assistant United States Attorney
USDC No. G00612
350 Carlos Chardón Avenue, Suite 1201
San Juan, Puerto Rico 00918
Tel: (787) 766-5656