# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    DATE: May 18th, 2018

**U.S. Magistrate Judge Silvia Carreño Coll**                    AUSA Jose Contreras

UNITED STATES OF AMERICA

Plaintiff

v.                          **SEALED**

Eidderf Jhave Ramos-Ortiz (1)
Juan Carlos Ortiz-Vazquez (2)
Christian Rodriguez-Cruz (3)
Eric Velazquez-Martinez (4)

Defendant(s)

Return of Indictment by the Grand Jury
Criminal No. 18-344 (ADC)

Indictment was filed in open court.

**Arraignment** to be set upon arrest.

Case is assigned to U.S. District Judge Aida M. Delgado Colon

**NEW CASE:**

(   )   This Indictment supersedes Criminal Case No._____

(   )   The Court granted the government's oral motion to unseal the Indictment.

(   )   Defendant(s) has appeared in Magistrate Case No._____. This cases having been merged, is hereby closed.

( X )   Defendant(s) has/have not appeared in a Magistrate Case.

(   )   Defendant(s) is/are to remain on same conditions of release. This case having been merged, is
          hereby closed.

(   )   Defendant(s) is under custody. Marshal to produce defendant(s).

          As to defendant(s)____X____ warrant of arrest and/or writs to be issued.   Arraignment Hearing to be set
          upon arrest.

(   )   Defendant(s) _____ Clerk to notify: (   ) Defendant   (   ) Sureties.

(   )   Summons to be issued.   ( ) U. S. Marshal or agents are to serve summons.       (   ) Clerk to send summons by mail.

**S/Reina Alvarez Miranda**
Courtroom Deputy Clerk

Time in Court: 1 minute